UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-cr-00192-SEB-DML |
| | ) | |
| EUGENE SINGLETON, | ) | - 01 |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On December 21, 2022, and January 9, 2023, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on September 17, 2020 [Dkt. 13], and the Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on March 22, 2022 [Dkt. 17]. For the hearings, Defendant appeared in person and by FCD counsel Joseph Cleary. Government represented by AUSA Tiffany Preston and AUSA Jeremy Fugate. USPO represented by Megan Durbin and Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Singleton of his rights and ensured he had a copy of the Petition [Dkt. 13] and the Supplemental Petition [Dkt. 17]. Defendant Singleton waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Singleton admitted violation no. 4 as set forth in the Supplemental Petition [Dkt. 17].

3. Violation no. 4, to which Defendant admitted, as fully set forth in the Supplemental Petition [Dkt. 17] is as follows:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 4 | **"The defendant shall not commit another federal, state, or local crime."** |
| | On March 22, 2022, Mr. Singleton was arrested and charged with possession of cocaine, and possession of cocaine between 5-10 grams, both felonies, in Allen County, Indiana, case number 02D04-2203-MC-000940. According to the affidavit for probable cause, police officers were at the Economy Inn hotel and observed a subject known to them as Eugene Singleton who was wanted by the U.S. Marshal. Officers approached the offender outside the hotel and asked for his identity. He admitted he was Eugene Singleton and was taken into custody without incident. At the time of his arrest, Mr. Singleton had a black bag slung over his shoulder. Arresting officers conducted an inventory of the bag and located two knotted clear plastic bags containing a white chalk-like substance. One bag had a weight of 6.6 grams, and the other bag weighed 2.6 grams. Both bags field tested positive for the presence of cocaine. |

4. The Court finds that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21-24 months' imprisonment.

5. The government requested a sentence of twenty-four months incarceration, with no supervised release to follow. Defendant proposed a sentence of one year and one day of incarceration, with no supervised release to follow.

6. As more fully set forth on the record of the hearing, the Court finds that the sentence received by Defendant on the underlying charges set forth in violation no. 4, and other factors relating to Defendant's original sentence, warrant a downward departure from the guideline sentence set forth in paragraph 4, above.

Accordingly, the Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that Defendant violated the conditions set forth in violation no. 4 of the Supplemental Petition, and recommends that Defendant's supervised release be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of one year and one day, with no supervised release to follow.

Defendant Singleton is to remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated: 12 JAN 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

USMS

USPO